UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 4:10CR208(JCH) |
| ARTHELL HARRIS, ) | |
| ) | |
| Defendant . ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **July 12, 2010**, in the courtroom of the undersigned at 9 a.m.

Dated this 26th day of May, 2010

                                                \s\ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE